UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY TYSON AND DONALD TYSON ) ) ) ) Plaintiff ) ) vs. ) ) I.C. SYSTEMS, INC. ) ) Defendant ) | Civil Action No. 12-2144 |

## STIPULATION OF DISMISSAL

AND NOW, this 10th day of July 2012, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendants in the above captioned matter that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ Brent F. Vullings
      Brent F. Vullings, Esquire
      Attorney for Plaintiff

BY: /s/ Ronald M. Metcho
      Ronald M. Metcho, Esquire
      Attorney for Defendant